**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America | COURT CASE NUMBER 1:15-CV-729 |
|---|---|
| DEFENDANT The Unknown Heirs of Carlos J. Caguais, Deceased | TYPE OF PROCESS Sale |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

14483 Valley Circle Fayetteville Pa. 17222

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| KML Law Group, P.C. 701 Market Suite 5000 Philadelphia, PA 19106 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                   Fold

Minimum Bid: $83,231.00

Sale: April 20, 2017 at 11:00 a.m.        Franklin County Courthouse

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 215-627-1322 | DATE 2/8/17 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process *1* | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk *DAFC* | Date 4/19/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date 4/20/17 | Time 11:00 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee 65.00 | Total Mileage Charges including *endeavors* 60.40 | Forwarding Fee | Total Charges 125.40 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

Sold for $110,000.

FILED
HARRISBURG, PA

APR 25 2017

| DISTRIBUTE TO: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED | Form USM-285 Rev. 11/13 |
|---|---|---|---|

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

**NAME:** Rackensar Investment Group

**ADDRESS:** 611 River Drive # 103

Elmwood Park NJ 07407

**PHONE (DAY):** 717-577-5235 Cell Ray Ray

Office 717-650-6061

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

# ***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

## PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

Rackensar Investment Group

**THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED**

# RECEIPT

Middle _____ District of _____ PA _____

| 1. RECEIVED OF: | 2. DATE |
|---|---|
| Raymond Abboud | 4/20/17 |

| 3. COURT/CASE NUMBER OR PURPOSE OF COLLECTION | 4. | AMOUNT |
|---|---|---|
| CV 1 15-CV-729   #110,000 #209101509 | $ | 8,500 00 |
| #209101821 | | 1,000 00 |
| 114423 Valley Circle   #209101822 | | 1,000 00 |
| Fayetteville PA 17222   #209101823 | | 1,000 00 |
| | | |
| | 5. TOTAL | $ 11,500 00 |

*ATTACH TO ORIGINAL OF FORM USM-93 (formerly OBD-15 and DJ-45)*

6. RECEIVED BY *(U.S. Marshals Service Official)*

COPY 2

FORM USM-303 (Rev. 2/92)