# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> **THE UNKNOWN HEIRS OF** : <br> **CARLOS CAGUIAS**, Deceased, : <br> **ELISABETH CAGUIAS (c/o LILIA** : <br> **CAGUIAS**), Solely in her Capacity : <br> As Heir of Carlos J. Caguias, : <br> Deceased, **LILIA CAGUIAS**, Solely : <br> In Her Capacity as Heir of : <br> Carlos J. Caguias, Deceased, : <br> **RUTH CAGUIAS**, SolelyIn Her : <br> Capacity as Heir of Carlos J. : <br> Caguias, Deceased, **AARON** : <br> **CAGUIAS**, Solely In His Capacity : <br> as Heir of Carlos J. Caguias, : <br> Deceased, **BRANDON CAUGIAS,** : <br> SolelyIn His Capacity as Heir of : <br> Carlos J. Caguias, Deceased, : <br> **CARLOS CAGUIAS JR.**, Solely : <br> In His Capacity as Heir of : <br> Carlos J. Caguias, Deceased, : <br>           **Defendants** : | **CIVIL ACTION NO. 1:15-CV-729** <br><br> **(Chief Judge Conner)** |

## **ORDER**

AND NOW, this 10th day of July, 2017, upon consideration of plaintiff's motion for confirmation of public sale (Doc. 13), which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED as follows:

1. That the public sale held on April 20, 2017, is hereby confirmed and the interest of all lien holders are divested.

2. That the United States Marshal is directed to execute and deliver to RACKENSAR INVESTMENT GROUP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title, and interest of THE UNKNOWN HEIRS OF CARLOS J. CAGUIAS, DECEASED, ELISABETH CAGUIAS (C/O LILIA CAGUIAS), solely in her capacity as Heir of Carlos J. Caguias, Deceased, LILIA CAGUIAS, solely in her capacity as Heir of Carlos J. Caguias, Deceased, RUTH CAGUIAS, solely in her capacity as Heir of Carlos J. Caguias, Deceased, AARON CAGUIAS, soley in his capacity as Heir of Carlos J. Caguias, Deceased, BRANDON CAGUIAS, solely in his capacity as Heir of Carlos J. Caguias, Deceased, and CARLOS CAGUIAS, JR., solely in his capacity as Heir of Carlos J. Caguias, Deceased, in and to the premises sold located at 4483 Valley Circle Ext, Fayetteville, PA 17222.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania